# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | |

_____ and EEOC
*State or local Agency, if any*

**Name** (indicate Mr., Ms., Mrs.): Ms. Jessie Rosa
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**: [redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Auburn University-Montgomery | 500+ | (334) 244 3000 |

**Street Address**: 7400 East Dr
**City, State and ZIP Code**: Montgomery, AL 36117

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Auburn University | 500+ | (334) 844 4000 |

**Street Address**: 1161 W. Samford Ave.
**City, State and ZIP Code**: Auburn, AL 36849

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*
☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 
Latest: March 22, 2022
☐ CONTINUING ACTION

**THE PARTICULARS ARE** *(If additional paper is needed, attach extra sheet(s))*:

I. I began working for the employer in October of 2006. I became Senior Director of Athletics on March 1, 2017. In late 2021, I entered into a consensual, same-sex relationship with the Women's Head Soccer Coach. Due to AUM having a "Consensual Relationship Policy", I disclosed my relationship status to my direct supervisor and Chancellor the university, Carl Stockton, on March 7, 2022. He disclosed this to Chief Human Resources Officer Leslie Meadows on the same date. Initially, they were receptive, and conversations regarding the development of determining reporting lines began, to avoid any conflict of interest at the workplace. There are family members and heterosexual couples within the Universities who have been given management plans to ensure that there is no conflict of interest.

II. On March 22, 2022 the employers stated there was no option to develop a management plan, as required under the Consensual Relationships policy, and that I would be unemployed by the end of that day. They cited violation of the Consensual Relationship Policy as reason for termination.

III. I believe I was discriminated and retaliated against for being in a same-sex relationship, which is in violation of Title VII of the Civil Rights Act of 1964.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for State and Local Agency Requirements

I declare under penalty of perjury that the above is true and correct.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

4/14/2022
Date

*Charging Party Signature*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)