IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JESSICA ROSA, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:24cv13-MHT |
| | ) | |
| AUBURN UNIVERSITY-MONTGOMERY AND AUBURN UNIVERSITY, | ) ) ) | |
| | ) | |
|    Defendants. | ) | |

**ORDER**

It is ORDERED that the motion for summary judgment (Doc. 21) is set for submission on January 3, 2025, with any opposition brief and evidentiary materials due by December 18, 2024, and any reply to the opposition due by January 3, 2025. The court will decide whether to hold oral argument on the motion after reviewing the briefing.

DONE, this the 25th day of November, 2024.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE