# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| JESKICA ROSA, | ) |
| | ) |
| Plaintiff(s), | ) |
| v. | ) Case No.: 2:24-cv-00013-MHT-CWB |
| | ) |
| AUBURN UNIVERSITY-MONTGOMERY and AUBURN UNIVERSITY, | ) |
| | ) |
| Defendant(s). | ) |

## EVIDENTIARY SUBMISSION

Plaintiff Jessica Rosa ("Plaintiff") moves the Court to deny Auburn Univeristy-Montgomery and Auburn University's ("Defendants") motion for summary judgment and rule that Plaintiff's claims may proceed to trial. In this case, there are genuine issues as to material facts, and Defendant is not entitled to summary judgment as a matter of law.

In support of Plaintiff's Response to Defendant's Motion for Summary Judgement, Plaintiff's rely on:

   1. All pleadings, motions, and other papers filed in this case;

   2. The supporting briefs that are being filed with this motion; and

   3. Defendants' exhibits and the following evidentiary materials:

| Exhibit | Description |
|---|---|
| **Exhibit 1** | Declaration of Chasen Laney |
| **Exhibit 2** | Deposition of Parsons |
| **Exhibit 3** | Management Plan of David Lucsko & Heidi Hausse |
| **Exhibit 4** | Management Plan of Andrew & Lucille McMichael |
| **Exhibit 5** | Management Plan of O.C. & Linda Ferrell |
| **Exhibit 6** | Management Plan of Lei Wu & Hua Yan |
| **Exhibit 7** | Management Plan of Michael Watkins & Jody Graham |
| **Exhibit 8** | Management Plan of Paul & Heather Walz |
| **Exhibit 9** | Management Plan of Michael & Liesl Wesson |
| **Exhibit 10** | Management Plan of Christine Harrington & Walter Smith |
| **Exhibit 11** | Management Plan of Laure & Blake Butcher |
| **Exhibit 12** | Management Plan of Laura Wildman & Carol Rauccio |

                                  */s/Patricia Gill*
                                  Patricia Gill ASB-0780-I66P

OF COUNSEL:
The Workers Firm LLC
2 North 20th St, Suite 900
Birmingham, AL 35203
T. 205-329-6392
trish@theworkersfirm.com

## **CERTIFICATE OF SERVICE**

     I certify that on January 8, 2025, I filed a copy of the foregoing using the CM/ECF system, which will serve a copy to all counsel of record.

Doug Kauffman
Ames Filippini
BALCH & BINGHAM
1901 Sixth Avenue North
Suite 1500
Birmingham, AL 35203-4642
dkauffman@balch.com
afilippini@balch.com

                                            */s/Patricia Gill*
                                             Patricia Gill

3