

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSICA ROSA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 2:24-cv-00013-MHT-CWB |
| ) | |
| AUBURN UNIVERSITY- ) | |
| MONTGOMERY and AUBURN ) | |
| UNIVERSITY, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF CHASEN LANEY

I, Chasen Laney, pursuant 28 U.S.C. 1746, hereby affirm that I am over the age of 18 and am competent to make the following Declaration.

1. I am personally familiar with the matters and things contained herein and I authorize the use of this Declaration in connection with the above-captioned lawsuit and for all other purposes allowed by law.

2. I started in February 2023, as an Athletic groundskeeper at Auburn University-Montgomery ("AUM").

3. I was hired on and discussed my role with HR Representative Stacy Holley.

4. I completed onboarding with two different HR people.

5. About a week after I started working, HR Rep Stacy and I were talking about family, when she asked if I was married.

6. I responded that I was dating the AUM softball coach, Scottie Wilkes.

7. I began a relationship with Scottie before Christmas, near the end of the 2022 year.

8. Stacy said that that was awesome. She did not have me fill out any kind of forms or anything at that time.

9. About a month later, around March or April 2023, I was told to come into the HR office by Leslie Meadows, to talk to them about my relationship with Scottie.

10. I was told by Leslie then that I needed to fill out a conflict of interest form at that point and it was sent to my email.

11. I was told that they wanted to make sure I was not in direct contact with Scottie.

12. A while later, I went back to HR and asked why he needed to sign this and asked to speak with someone up the chain of command at Auburn.

13. It was confusing to me because when I started working there, this was not a problem, and nothing was brought up about it.

14. For my job, the coaches would just text me if they needed something. Because everything was priority for sports and needed to be done quickly by grounds.

15. I felt that they started making a problem out of nothing.

16. HR said they would try to get me in touch with someone higher up at Auburn, but that didn't happen.

17. They basically said if I didn't sign it, they would have to fire me.

18. I signed it and was told that I could not work on the softball field.

19. There was no real plan that was ever created around our relationship. The management plan I signed just said that I was not supposed to work on the softball field.

20. There were already people working between us, and no plan to put anyone else between us.

21. My direct Boss was Lee. Lee's boss was Anthony Rosa, who was over groundskeeping.

22. Scottie's Boss was the Athletic Director – Eric Moss.

23. In the couple weeks when Anthony Rosa was put on leave and terminated from AUM, I was notified that Scott Parsons wanted to have a meeting with me in the softball press box.

24. When I arrived, Scott Parsons, Chris, Amber Rae Childers, Lee, Eric Moss were all present for the meeting.

25. Scott told me that everything was pretty much dropped and that I could work on all fields going forward – including the softball field. Even though Scottie still worked at AUM at the time.

26. I no longer work with AUM. I resigned around the end of June or start of July 2024.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: 12/26/2024

Chasen Laney (Dec 26, 2024 13:47 CST)

Chasen Laney

# Chasen Laney Declaration

Final Audit Report                                                          2024-12-26

| | |
|---|---|
| Created: | 2024-12-26 |
| By: | Lacey Wilson (lacey@theworkersfirm.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA90iiuC1kZEEIe_WA3ujRgg0smuT5ITqJ |

## "Chasen Laney Declaration" History

- Document created by Lacey Wilson (lacey@theworkersfirm.com)
  2024-12-26 - 6:58:12 PM GMT

- Document emailed to Chasen Laney (chasenlaney95@gmail.com) for signature
  2024-12-26 - 6:58:16 PM GMT

- Email viewed by Chasen Laney (chasenlaney95@gmail.com)
  2024-12-26 - 7:38:09 PM GMT

- Document e-signed by Chasen Laney (chasenlaney95@gmail.com)
  Signature Date: 2024-12-26 - 7:47:50 PM GMT - Time Source: server

- Agreement completed.
  2024-12-26 - 7:47:50 PM GMT

Adobe Acrobat Sign