

# Conflict of Interest/Commitment (COI/C)
# Management Plan - Faculty

  

| Employee's Name: David Lucsko, Professor & Chair | College/School/Department/Office: Department of History, College of Liberal Arts |
|---|---|
| Date: November 24, 2020 | Oversight Manager/Supervisor: Charles Israel, Associate Dean |
| Outside Entity/Entities and/or Relationship(s): Family member, Heidi Hausse, Assistant Professor (spouse) | Plan Reviewer: Linda Maxwell-Evans, Human Resources |

## A. Description

David Lucsko is the Chair of the History Department at Auburn University. His responsibilities include overseeing the faculty members in the department. His spouse, Heidi Hausse, is a faculty member in the History department, thus creating a conflict of interest. The purpose of this conflict of interest management plan is to create transparency and remove Dr. Lucsko from the supervisory position or chain of command regarding the related individual to ensure fair and unbiased decision-making in university operations.

## B. Safeguards

**Employee David Lucsko agrees to:**

1. Disclose the connection to family member to his supervisor, the Dean, and the Associate Dean/Oversight Manager, and to the university in the conflict of interest annual disclosure.

2. Have no input into the hiring, supervision (including directing the day-to-day activities), compensation, duties, and evaluation of family member. Oversight Manager, Charles Israel, shall make such decisions regarding Dr. Hausse, including:

    a. faculty allocations (teaching, research, outreach, and service);

    b. performance reviews and teaching evaluations;

    c. salary, supplemental pay, and merit pay;

    d. reimbursement for travel, conference attendance, professional organization memberships, or research sabbaticals; and

  e. leave requests, including departmental banked-teaching leave to conduct research and writing.

3. Not be involved in the promotion and tenure process, disciplinary action process, or the performance management process of family member. Specifically, with regard to promotion and tenure, recuse himself from family member's third-year or other review, do not see her dossier, play no role in any deliberations, and be recorded as a non-vote.

4. Make faculty committee decisions according to department and faculty needs in consultation with the faculty involved and the Associate Dean.

5. Assign and schedule courses for the department based on the 3-year rotation developed independently by the faculty groups in the different specialties, and only set the final schedule to avoid departmental scheduling conflicts.

6. Assign summer teaching only as voluntarily requested by faculty and without any preferential treatment to family member.

7. Continue to serve on the Graduate Committee that makes decisions on graduate admissions in a non-voting, ex officio capacity.

8. Refrain from serving on the dissertation committee of any of family member's graduate students, or in any way influencing the committee's decision with respect to said graduate students.

9. Disclose to his supervisor any and all changes that may affect this Plan and update his university disclosure online within 30 days of any material change in relationships or interests.

## C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising (including directing the day-to-day activities), advising, promotion and tenure process, disciplinary process, or evaluation process of family member.

2. Conduct annual performance reviews, determine faculty allocations, review teaching evaluations, and make appropriate determinations involving pay and leave regarding Dr. Hausse.

3. Review departmental faculty committee decisions to ensure equitable opportunity and placement of faculty on committees.

4. Review department course assignments and schedules to ensure equitable opportunity and placement in teaching courses, including any summer appointments.

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000634

5. Ensure that all decisions regarding graduate student admissions are made by the voting members of the department's Graduate Committee.

6. Ensure that degree completion is at the discretion of the graduate student's dissertation committee once the committee has held the defense and voted whether to grant the Ph.D.

7. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

David Lucsko acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask David Lucsko not to pursue the conflicting activities while an employee of AU. David Lucsko further acknowledges their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, I, David Lucsko, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*David N. Lucsko*
David N. Lucsko (Dec 1, 2020 11:33 CST)
_____        Dec 1, 2020
David Lucsko                                      Date
Professor and Chair
Department of History

Family member has read and acknowledges the safeguards outlined in this Plan.

*Heidi Hausse*
Heidi Hausse (Dec 1, 2020 11:40 CST)
_____        Dec 1, 2020
Heidi Hausse                                      Date
Assistant Professor

We approve the above Plan for handling the conflict of interest identified by the employee.

_____        Dec 1, 2020
Charles Israel                                    Date
Associate Dean
College of Liberal Arts

Page **3** of **4**

Rev. Revision Date

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000635

*Joseph A. Aistrup*  Dec 1, 2020
_____  _____
Joseph Aistrup                                Date
Dean
College of Liberal Arts

*Emmett Winn*  Dec 1, 2020
_____  _____
Emmett Winn                                   Date
Associate Provost
Office of the Provost

*Kristin Roberts*  Dec 1, 2020
Kristin Roberts (Dec 1, 2020 14:29 CST)
_____  _____
Kristin Roberts, Compliance Manager           Date
Office of Audit, Compliance & Privacy

*Linda Maxwell-Evans*  Dec 1, 2020
Linda Maxwell-Evans (Dec 1, 2020 14:45 CST)
_____  _____
Linda Maxwell-Evans                           Date
Executive Director of Campus Relations, Human Resources

*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

Page **4** of **4**

Rev. Revision Date

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000636

# COI Management Plan Lucsko 11.24.20

Final Audit Report          2020-12-01

| | |
|---|---|
| Created: | 2020-12-01 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAATmy9q2NQ2B4KTsjkxQD0sbUOyweapWyr |

## "COI Management Plan Lucsko 11.24.20" History

- Document created by Kristin Roberts (kar0032@auburn.edu)
  2020-12-01 - 5:24:04 PM GMT- IP address: 131.204.99.43

- Document emailed to David N. Lucsko (dnl0006@auburn.edu) for signature
  2020-12-01 - 5:26:21 PM GMT

- Email viewed by David N. Lucsko (dnl0006@auburn.edu)
  2020-12-01 - 5:33:10 PM GMT- IP address: 131.204.181.191

- Document e-signed by David N. Lucsko (dnl0006@auburn.edu)
  Signature Date: 2020-12-01 - 5:33:37 PM GMT - Time Source: server- IP address: 131.204.181.191

- Document emailed to Heidi Hausse (hlh0048@auburn.edu) for signature
  2020-12-01 - 5:33:39 PM GMT

- Email viewed by Heidi Hausse (hlh0048@auburn.edu)
  2020-12-01 - 5:34:34 PM GMT- IP address: 75.143.126.22

- Document e-signed by Heidi Hausse (hlh0048@auburn.edu)
  Signature Date: 2020-12-01 - 5:40:39 PM GMT - Time Source: server- IP address: 75.143.126.22

- Document emailed to Charles Israel (israeca@auburn.edu) for signature
  2020-12-01 - 5:40:42 PM GMT

- Email viewed by Charles Israel (israeca@auburn.edu)
  2020-12-01 - 6:23:06 PM GMT- IP address: 131.204.254.84

- Document e-signed by Charles Israel (israeca@auburn.edu)
  Signature Date: 2020-12-01 - 6:26:33 PM GMT - Time Source: server- IP address: 131.204.254.84

- Document emailed to Joseph Aistrup (jaa0025@auburn.edu) for signature
  2020-12-01 - 6:26:35 PM GMT


POWERED BY Adobe Sign

JESSICA ROSA V. AUBURN UNIVERSITY
AUM RFP 000637

Email viewed by Joseph Aistrup (jaa0025@auburn.edu)
2020-12-01 - 7:27:07 PM GMT- IP address: 131.204.180.136

Document e-signed by Joseph Aistrup (jaa0025@auburn.edu)
Signature Date: 2020-12-01 - 7:27:34 PM GMT - Time Source: server- IP address: 131.204.180.136

Document emailed to Emmett Winn (winnjoh@auburn.edu) for signature
2020-12-01 - 7:27:36 PM GMT

Email viewed by Emmett Winn (winnjoh@auburn.edu)
2020-12-01 - 8:12:11 PM GMT- IP address: 68.113.90.56

Document e-signed by Emmett Winn (winnjoh@auburn.edu)
Signature Date: 2020-12-01 - 8:12:27 PM GMT - Time Source: server- IP address: 68.113.90.56

Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2020-12-01 - 8:12:29 PM GMT

Email viewed by Kristin Roberts (kar0032@auburn.edu)
2020-12-01 - 8:16:37 PM GMT- IP address: 97.80.239.105

Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2020-12-01 - 8:29:41 PM GMT - Time Source: server- IP address: 97.80.239.105- Signature captured from device with phone number XXXXXXX3108

Document emailed to Linda Maxwell-Evans (lzm0020@auburn.edu) for signature
2020-12-01 - 8:29:43 PM GMT

Email viewed by Linda Maxwell-Evans (lzm0020@auburn.edu)
2020-12-01 - 8:43:43 PM GMT- IP address: 131.204.254.104

Document e-signed by Linda Maxwell-Evans (lzm0020@auburn.edu)
Signature Date: 2020-12-01 - 8:45:00 PM GMT - Time Source: server- IP address: 131.204.254.104

Agreement completed.
2020-12-01 - 8:45:00 PM GMT


POWERED BY
Adobe Sign

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000638