

# Conflict of Interest/Commitment (COI/C)
# Management Plan – Related Staff/Admin

  

| | |
|---|---|
| **Employee's Name**: Andrew McMichael, Dean | **College/School/Department/Office**: AUM College of Liberal Arts and Social Sciences |
| **Date**: Jan. 21, 2021 | **Oversight Manager/Supervisor**: Mrinal Varma, Provost |
| **Outside Entity/Entities and/or Relationship(s)**: Family member, Lucille Lee McMichael, spouse | **Plan Reviewer**: Kristin Roberts |

## A. Description

Employee Andrew McMichael is the Dean of the AUM College of Liberal Arts and Social Sciences. His spouse, Lucille Lee McMichael ("Lee"), is an Adjunct Instructor in the College teaching Intro to Social Work. Lee will report to Susie Cashwell, Director of the Social Work Program. Susie reports to Kim Pyszka, who reports to Dr. McMichael. Because Dr. McMichael is within the chain of command of a family member this creates a conflict of interest. The purpose of this management plan is to create transparency and to remove Employee from the chain of command of the related individual to eliminate any conflict of interest.

Safeguards

**Employee agrees to:**
1. Disclose the connection of family member to the Oversight Manager/Supervisor and in the university conflict of interest disclosure.

2. Have no input into the hiring, supervision (including directing the day-to-day activities), compensation, duties, and evaluation of family member.

    a. Lee's evaluations will be read and signed by Associate Provost Matthew Ragland.

    b. Any renewal or new offer/contract to teach in summer semesters or additional semesters will not involve in input from Andrew McMichael and will be determined by Associate Provost Matthew Ragland according to department and faculty needs.

3. Not be involved in the disciplinary action process or the performance management process of family member. Any issues should be brought to the attention of Associate Provost Matthew Ragland.

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000639

4. Refrain from making any changes in the employment status or compensation of any immediate family member.

5. Make faculty committee and departmental board decisions according to department and faculty needs in consultation with the faculty involved without preferential treatment to family member Lee McMichael.

6. Disclose to his supervisor any and all changes that may affect this Plan and update his university disclosure online within 30 days of any material change in relationships.

### C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising (including directing the day-to-day activities), advising, compensating, promoting, disciplinary process or evaluation process of family member.

2. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

Andrew McMichael acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask Andrew McMichael not to pursue the conflicting activities while an employee of AU. Andrew McMichael further acknowledges their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

### Acknowledgement and Agreement

By signing below, I, Andrew McMichael, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Andrew McMichael*
Andrew McMichael (Aug 10, 2022 13:28 CDT)      Aug 10, 2022
_____      _____
Andrew McMichael                                Date
Dean, AUM College of Liberal Arts and Social Sciences

Family member has read and acknowledges the safeguards outlined in this Plan.

*Lucille Lee McMichael*
Lucille Lee McMichael (Aug 15, 2022 22:18 CDT)   Aug 15, 2022
_____      _____
Lucille Lee McMichael                            Date
Adjunct Instructor
AUM College of Liberal Arts and Social Sciences

JESSICA ROSA V. AUBURN UNIVERSITY
AUM RFP 000640

We approve the above Plan for handling the conflict of interest identified by the Employee.

*Matthew Ragland*
Matthew Ragland (Aug 23, 2022 15:48 CDT)      Aug 23, 2022

Matthew Ragland     Date
Associate Provost
Auburn University at Montgomery

*Mrinal Mugdh*
Mrinal Mugdh (Oct 14, 2022 15:07 CDT)     Oct 14, 2022

Mrinal Varma     Date
Provost and Senior Vice Chancellor
Auburn University at Montgomery

*Kristin Roberts*
Kristin Roberts (Oct 18, 2022 09:52 CDT)     Oct 18, 2022

Kristin Roberts, Compliance Manager     Date
Office of Audit, Compliance & Privacy
Auburn University

*Leslie Meadows*
Leslie Meadows (Oct 18, 2022 09:41 CDT)     Oct 18, 2022

Leslie Meadows     Date
Director of Human Resources & Compliance
Auburn University at Montgomery

*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

JESSICA ROSA V. AUBURN UNIVERSITY
AUM RFP 000641

# COI Management Plan McMichael related family AUM 8.9.22

Final Audit Report                                                                 2022-10-18

| | |
|---|---|
| Created: | 2022-08-10 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA1wSPnmc6Yz_5TvX3YywHa0ZxYWAe1EwQ |

## "COI Management Plan McMichael related family AUM 8.9.22" History

- Document created by Kristin Roberts (kar0032@auburn.edu)
  2022-08-10 - 6:21:38 PM GMT

- Document emailed to amcmich1@aum.edu for signature
  2022-08-10 - 6:23:21 PM GMT

- Email viewed by amcmich1@aum.edu
  2022-08-10 - 6:23:29 PM GMT

- Signer amcmich1@aum.edu entered name at signing as Andrew McMichael
  2022-08-10 - 6:28:44 PM GMT

- Document e-signed by Andrew McMichael (amcmich1@aum.edu)
  Signature Date: 2022-08-10 - 6:28:45 PM GMT - Time Source: server

- Document emailed to lmcmicha@aum.edu for signature
  2022-08-10 - 6:28:50 PM GMT

- Email viewed by lmcmicha@aum.edu
  2022-08-16 - 3:12:58 AM GMT

- Signer lmcmicha@aum.edu entered name at signing as Lucille Lee McMichael
  2022-08-16 - 3:18:51 AM GMT

- Document e-signed by Lucille Lee McMichael (lmcmicha@aum.edu)
  Signature Date: 2022-08-16 - 3:18:52 AM GMT - Time Source: server

- Document emailed to mragland@aum.edu for signature
  2022-08-16 - 3:18:55 AM GMT


Powered by Adobe Acrobat Sign

Email viewed by mragland@aum.edu
2022-08-16 - 1:55:32 PM GMT

Email viewed by mragland@aum.edu
2022-08-23 - 8:45:30 PM GMT

Signer mragland@aum.edu entered name at signing as Matthew Ragland
2022-08-23 - 8:48:30 PM GMT

Document e-signed by Matthew Ragland (mragland@aum.edu)
Signature Date: 2022-08-23 - 8:48:32 PM GMT - Time Source: server

Document emailed to varma@aum.edu for signature
2022-08-23 - 8:48:35 PM GMT

Email sent to varma@aum.edu bounced and could not be delivered
2022-10-02 - 3:37:40 PM GMT

Email sent to varma@aum.edu bounced and could not be delivered
2022-10-13 - 3:48:50 PM GMT

Kristin Roberts (kar0032@auburn.edu) added alternate signer bnonnenm@aum.edu. The original signer varma@aum.edu can still sign.
2022-10-13 - 3:53:03 PM GMT

Document emailed to bnonnenm@aum.edu for signature
2022-10-13 - 3:53:04 PM GMT

Email sent to bnonnenm@aum.edu bounced and could not be delivered
2022-10-13 - 3:53:20 PM GMT

Email sent to varma@aum.edu bounced and could not be delivered
2022-10-13 - 3:53:25 PM GMT

Kristin Roberts (kar0032@auburn.edu) added alternate signer anonnenm@aum.edu. The original signer bnonnenm@aum.edu can still sign.
2022-10-14 - 8:35:35 PM GMT

Document emailed to anonnenm@aum.edu for signature
2022-10-14 - 8:35:36 PM GMT

Email sent to bnonnenm@aum.edu bounced and could not be delivered
2022-10-14 - 8:35:50 PM GMT

Email viewed by anonnenm@aum.edu
2022-10-14 - 8:35:56 PM GMT



JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000643

Signer anonnenm@aum.edu entered name at signing as Mrinal Mugdh
2022-10-14 - 8:37:17 PM GMT

Document e-signed by Mrinal Mugdh (anonnenm@aum.edu)
Signature Date: 2022-10-14 - 8:37:20 PM GMT - Time Source: server

Document emailed to Leslie Meadows (lmeadows@aum.edu) for signature
2022-10-14 - 8:37:22 PM GMT

Email sent to Mrinal Mugdh (anonnenm@aum.edu) bounced and could not be delivered
2022-10-14 - 8:37:25 PM GMT

Email viewed by Leslie Meadows (lmeadows@aum.edu)
2022-10-15 - 1:01:37 PM GMT

Document e-signed by Leslie Meadows (lmeadows@aum.edu)
Signature Date: 2022-10-18 - 2:41:25 PM GMT - Time Source: server

Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2022-10-18 - 2:41:27 PM GMT

Email viewed by Kristin Roberts (kar0032@auburn.edu)
2022-10-18 - 2:52:06 PM GMT

Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2022-10-18 - 2:52:17 PM GMT - Time Source: server

Agreement completed.
2022-10-18 - 2:52:17 PM GMT


Powered by Adobe Acrobat Sign