

## Conflict of Interest/Commitment (COI/C) Management Plan

  

| | |
|---|---|
| **Employee's Name**: O.C. Ferrell, Director, Center for Ethical Organizational Cultures | **College/School/Department/Office**: Department of Marketing, Harbert College of Business |
| **Date**: March 22, 2021 | **Oversight Manager/Supervisor**: Joe Hanna, Assoc. Dean for Research |
| **Outside Entity/Entities and/or Relationship(s):** Linda Ferrell; spouse | **Plan Reviewer**: Kristin Roberts, Compliance Manager |

### A. Description

O.C. Ferrell is the James T. Pursell, Sr. Eminent Scholar in Ethics and Director of the Center for Ethical Organizational Cultures (the "Center") in the Harbert College of Business. His wife, Linda Ferrell, is the Roth Family Professor of Marketing and Business Ethics and assists as a Faculty Associate for the Center. Because O.C. Ferrell is within the chain of command of a family member with respect to the Center, this creates a perceived conflict of interest. The Ferrell's also conduct research together creating a potential conflict of interest.

Linda Ferrell has been a professor at Auburn University since 2017 years and has served on the faculty at six other institutions of higher education. She has over 30 years of experience in the field. She reports to Chris Hopkins, Chair of the Marketing Department, for all her evaluations and financial support. O.C. Ferrell reports to Joe Hanna, Associate Dean of Research. The Center has no funds or budget; its activities come from the support of the College. The Center provides resources and activities that support ethical conduct in any type of organization.

The purpose of this management plan is to create transparency and to remove O.C. Ferrell from the chain of command of the related individual to eliminate any conflict of interest and to ensure the integrity of University research and related activities by eliminating any reasonable assumption that the efforts are biased by financial or other self-interests, while also allowing for the pursuit of entrepreneurial interests, protecting academic freedom, protecting the interests of the university, and fulfilling regulatory and policy requirements.

### B. Safeguards

**Employee agrees to:**
1. Disclose the connection to family member to his Supervisor/Oversight Manager and the university.

2. Refrain from hiring, supervising, advising or evaluating the performance of any immediate family members or close friends. Dr. Chris Hopkins will conduct the performance management process and disciplinary action process for Linda Ferrell.

3. Refrain from making any changes in the employment status or compensation of any immediate family member.

4. Make Center decisions according to strategic goals in consultation with the faculty or staff involved and the Associate Dean, without preferential treatment to family member.

5. Disclose to his supervisor any and all changes that may affect this Plan and update his university disclosure online within 30 days of any material change in relationships or financial interests.

### C. Research-Specific Safeguards

When conducting funded research together, O.C. Ferrell and Linda Ferrell agree to:

1. Disclose in writing their relationship to the University at the proposal stage and how the conflict of interest is managed;

2. Obtain written approval from the Assistant Dean for Research for family member's inclusion on the project as an Investigator (based on relevant qualifications, knowledge, skills, and abilities for the sponsored project) when the other family member is the Principal Investigator on the project;

3. Upon receipt of a new award, disclose in writing to the sponsor their spousal relationship and how the conflict of interest is managed;

4. Forward any transactions requiring approval for payments to their spouse to the Oversight Manager. This includes, but is not limited to, salary, time and effort certifications, travel, or other sponsor related expenditures on funded research;

5. Notify all co-investigators of their spousal relationship;

6. Disclose in writing their spousal relationship to all Auburn students, post-doctoral fellows, and primary research staff whom they supervise on the project, and inform these individuals that any concerns by them about conflicts of interest may be brought to the Assistant Dean for Research or the Office of Research Compliance;

7. Designate an independent, non-conflicted reviewer of raw data, data analysis and resulting manuscripts. This independent reviewer may be another co-investigator who is already part of the project and does not have conflict with either Dr. O.C. Ferrell or Dr. Linda Ferrell, or any other involved individuals; or the reviewer may be an external independent researcher who is technically qualified in the subject matter of interest.

8. Report the conflict and provide a copy of the COI management plan to the University's Institutional Review Board (IRB), if applicable;

9. If applicable, follow any requirements or limitations, in addition to the above, placed on their research by the IRB (e.g., disclosing the relationship in the IRB-approved consent or notifying potential third-party sponsor of the COI stipulated by the IRB).

### D. Oversight Plan:

Oversight Manager agrees to:
1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising, advising, compensating, promoting, disciplinary process or evaluation process of any immediate family members or close friends.

2. Review the Center's activities to ensure equitable opportunity and treatment of staff without preferential treatment to family member.

3. Review payments or reimbursement to family member for travel, conference attendance, certifications, memberships, material, or other expenditures related to the Center to ensure family member is not receiving any extra benefit.

4. When either spouse is the Principal Investigator on a sponsored project, ensure that the sponsoring agency or the Associate Dean for Research approves in writing the other spouse's inclusion on the project based on their qualifications, knowledge, skills, and abilities for the project.

5. Review transactions for payments to family member on sponsored projects where one spouse is the PI and the other spouse is on the project, including, but not limited to, salary, time and effort certifications, travel, or other related expenditures on funded research.

6. Ensure that their spousal relationship is disclosed to the sponsor, the co-investigators, and the IRB (if applicable).

7. Exercise reasonable oversight to ensure Employees' compliance with this management plan and relevant university policies.

8. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

If at any time O.C. Ferrell or Linda Ferrell feel that there are conflicts or concerns with this management plan, either my request, through the Associate Dean for Research in the Harbert College of Business to the Vice President for Research and Economic Development, that the management plan be reviewed.

O.C. Ferrell and Linda Ferrell acknowledge that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask O.C. Ferrell and Linda Ferrell not to pursue the conflicting activities while an employee of AU. O.C. Ferrell and Linda Ferrell further acknowledge their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, the parties acknowledge their agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

_OCF_  4/2/2021
_____   _____
O.C. Ferrell                                                                 Date
James T. Pursell, Sr. Eminent Scholar in Ethics
Director of the Center for Ethical Organizational Cultures
Harbert College of Business

_LF_  4/2/2021
_____   _____
Linda Ferrell                                                                Date
Professor
Roth Family Professor of Marketing and Business Ethics

We approve the above Plan for handling the potential conflict of interest identified by the employee.

_Joe B. Hanna_  **Apr 8, 2021**
Joe B. Hanna (Apr 8, 2021 09:38 CDT)
_____   _____
Joe Hanna                                                                  Date
Associate Dean of Research

_Annette L. Ranft (Apr 9, 2021 10:30 CDT)_

Annette Ranft, Ph.D.
Dean, Harbert College of Business

Apr 9, 2021

Date

_Kristin Roberts (Apr 8, 2021 09:13 CDT)_

Kristin Roberts, Compliance Manager
Office of Audit, Compliance & Privacy

Apr 8, 2021

Date

*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

# COI Management Plan O.C.Ferrell_4.8.21

Final Audit Report                                                                 2021-04-09

| | |
|---|---|
| Created: | 2021-04-08 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAZLs62KCPes1ebg_pNJAf3-ieoUbSqqHN |

## "COI Management Plan O.C.Ferrell_4.8.21" History

📄 Document created by Kristin Roberts (kar0032@auburn.edu)
2021-04-08 - 2:11:05 PM GMT- IP address: 131.204.99.43

✉ Document emailed to O. C. Ferrell (ocf0003@auburn.edu) for approval
2021-04-08 - 2:13:02 PM GMT

✉ Document emailed to Linda Ferrell (lkf0009@auburn.edu) for approval
2021-04-08 - 2:13:02 PM GMT

✉ Document emailed to Joe B. Hanna (hannajb@auburn.edu) for signature
2021-04-08 - 2:13:02 PM GMT

✉ Document emailed to Annette L. Ranft (annette.ranft@auburn.edu) for signature
2021-04-08 - 2:13:02 PM GMT

✉ Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2021-04-08 - 2:13:02 PM GMT

✍ Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2021-04-08 - 2:13:21 PM GMT - Time Source: server- IP address: 131.204.99.43

📄 Email viewed by Joe B. Hanna (hannajb@auburn.edu)
2021-04-08 - 2:37:52 PM GMT- IP address: 131.204.254.106

✍ Document e-signed by Joe B. Hanna (hannajb@auburn.edu)
Signature Date: 2021-04-08 - 2:38:58 PM GMT - Time Source: server- IP address: 131.204.254.106

📄 Email viewed by O. C. Ferrell (ocf0003@auburn.edu)
2021-04-08 - 9:43:46 PM GMT- IP address: 99.191.234.98

📄 Email viewed by Linda Ferrell (lkf0009@auburn.edu)
2021-04-08 - 9:48:53 PM GMT- IP address: 99.191.234.98



JESSICA ROSA V. AUBURN UNIVERSITY
AUM_RFP_000693

Document approved by O. C. Ferrell (ocf0003@auburn.edu)
Approval Date: 2021-04-08 - 9:49:07 PM GMT - Time Source: server- IP address: 99.191.234.98

Document approved by Linda Ferrell (lkf0009@auburn.edu)
Approval Date: 2021-04-08 - 9:49:54 PM GMT - Time Source: server- IP address: 99.191.234.98

Email viewed by Annette L. Ranft (annette.ranft@auburn.edu)
2021-04-09 - 3:28:53 PM GMT- IP address: 70.249.189.75

Document e-signed by Annette L. Ranft (annette.ranft@auburn.edu)
Signature Date: 2021-04-09 - 3:30:43 PM GMT - Time Source: server- IP address: 70.249.189.75

Agreement completed.
2021-04-09 - 3:30:43 PM GMT

