PLAINTIFF'S EXHIBIT 6

# Conflict of Interest/Commitment (COI/C)
# Management Plan – Related Staff/Admin



| | |
|---|---|
| **Employee's Name**: Lei Wu, Chair, Computer Science & Computer Information Systems | **College/School/Department/Office**: AUM College of Sciences |
| **Date**: May 3, 2021 | **Oversight Manager/Supervisor**: Douglas Leaman, Dean |
| **Outside Entity/Entities and/or Relationship(s)**: Family member, Hua Yan, spouse | **Plan Reviewer**: |

## A. Description

Employee Lei Wu is the Department Chair of Computer Sciences and Computer Information Systems in the AUM College of Sciences. His spouse, Hua Yan ("Sophia"), is a Lecturer in the department teaching various courses. Because Dr. Wu is within the chain of command of a family member this creates a conflict of interest. The purpose of this management plan is to create transparency and to remove Employee from the chain of command of the related individual to eliminate any conflict of interest. Hua Yan will report to Dr. Douglas Leaman, Dean of the College of Sciences.

**Safeguards**

**Employee agrees to:**
1. Disclose the connection of family member to the Oversight Manager/Supervisor and in the university conflict of interest disclosure.

2. Have no input into the hiring, supervision (including directing the day-to-day activities), compensation, duties, and evaluation of family member.

    a. Hua Yan's evaluations will be conducted and signed by Dean Douglas Leaman.

    b. Any renewal or new offer/contract for Hua Yan to teach in summer semesters or additional semesters will not involve in input from Lei Wu and will be determined solely by the Dean according to department and faculty needs.

3. Not be involved in the disciplinary action process or the performance management process of family member. Any issues should be brought to the attention of the Dean.

4. Refrain from making any changes in the employment status or compensation of any immediate family member.

5. Make faculty committee and departmental board decisions according to department and faculty needs in consultation with the faculty involved without preferential treatment to family member.

6. Disclose to his supervisor any and all changes that may affect this Plan and update his university disclosure online within 30 days of any material change in relationships.

### C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising (including directing the day-to-day activities), advising, compensating, promoting, disciplinary process or evaluation process of family member.

2. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

Lei Wu acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask Lei Wu not to pursue the conflicting activities while an employee of AU. Lei Wu further acknowledges their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, I, Lei Wu, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

_____           ___5/13/2021_____
Lei Wu                                                                                          Date
Department Chair
Computer Science & Computer Information Systems

Family member has read and acknowledges the safeguards outlined in this Plan.

_____           ___5/13/2021_____
Hua Yan                                                                                         Date
Lecturer
Computer Science & Computer Information Systems

We approve the above Plan for handling the conflict of interest identified by the Employee.

_____    _____5/13/2021_____
Douglas Leaman                                Date
Dean, AUM College of Sciences


_____    _____5/17/2021_____
Mrinal Varma                                  Date
Provost and Senior Vice Chancellor
Auburn University at Montgomery


_____    May 17, 2021
Kristin Roberts (May 17, 2021 11:02 CDT)      _____
Kristin Roberts, Compliance Manager           Date
Office of Audit, Compliance & Privacy
Auburn University


_____    May 17, 2021
Leslie Meadows (May 17, 2021 11:15 CDT)       _____
Leslie Meadows                                Date
Director of Human Resources & Compliance
Auburn University at Montgomery


*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

Page **3** of 3

Rev. May 3, 2021

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000631

# COI Management Plan Lei Wu related family AUM 2.1.21 (002)_dwl_MV

Final Audit Report  2021-05-17

| | |
|---|---|
| Created: | 2021-05-17 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAa8pOv9FjO2JQyekS2jvp64DzhRHIJStv |

## "COI Management Plan Lei Wu related family AUM 2.1.21 (002) _dwl_MV" History

- Document created by Kristin Roberts (kar0032@auburn.edu)
  2021-05-17 - 4:01:15 PM GMT- IP address: 131.204.99.43

- Document e-signed by Kristin Roberts (kar0032@auburn.edu)
  Signature Date: 2021-05-17 - 4:02:11 PM GMT - Time Source: server- IP address: 131.204.99.43

- Document emailed to Leslie Meadows (lmeadows@aum.edu) for signature
  2021-05-17 - 4:02:13 PM GMT

- Email viewed by Leslie Meadows (lmeadows@aum.edu)
  2021-05-17 - 4:14:37 PM GMT- IP address: 207.229.101.38

- Document e-signed by Leslie Meadows (lmeadows@aum.edu)
  Signature Date: 2021-05-17 - 4:15:13 PM GMT - Time Source: server- IP address: 207.229.101.38

- Agreement completed.
  2021-05-17 - 4:15:13 PM GMT



POWERED BY Adobe Sign