PLAINTIFF'S EXHIBIT 7

# Conflict of Interest/Commitment (COI/C) Management Plan

  

| | |
|---|---|
| **Employee's Name**: Michael Watkins, Professor and Department Chair | **College/School/Department/Office**: Department of Philosophy, College of Liberal Arts |
| **Date**: August 16, 2021 | **Oversight Manager/Supervisor**: Ana Franco-Watkins, Interim Dean, College of Liberal Arts |
| **Outside Entity/Entities and/or Relationship(s)**: Spouse, Jody Graham | **Plan Reviewer**: Kristin Roberts, Compliance Manager |

## A. Description

Michael Watkins is Chair of the Department of Philosophy in the College of Liberal Arts. His wife, Jody Graham, is an Associate Professor for the Department of Philosophy. Because Michael Watkins is within the chain of command of a family member this creates a conflict of interest. The purpose of this management plan is to create transparency and to remove Michael Watkins from the chain of command of the related individual to eliminate any conflict of interest. Jody Graham has been an Associate Professor at Auburn University for the past 26 years. Dr. Graham holds a Ph.D. in Philosophy from The Ohio State University. Formerly she was an Assistant Professor of Philosophy at St. Mary's University. She has been instructing Ethics and other Philosophy courses for 26 years. She will not report to Michael Watkins and he will not supervise her.  Her immediate supervisor is Dr. Cynthia Bowling, Associate Dean for Research and Faculty.

## B. Safeguards

**Employee agrees to:**

1. Disclose the connection to family member to his Supervisor/Oversight Manager and the university.

2. Refrain from hiring, supervising, advising or evaluating the performance of any immediate family members or close friends. Dr. Cindy Bowling will conduct the performance management process and disciplinary action process.

3. Refrain from making any changes in the employment status or compensation of any immediate family member.

4. Make faculty committee decisions according to department and faculty needs in consultation with the faculty involved and the Associate Dean, without preferential treatment to family member.

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000645

5. Assign and schedule courses for the department in consultation with the program coordinators and relevant faculty members, without any preferential treatment to family member.

6. Refer any summer teaching assignment decisions regarding family member to the Associate Dean or Dean.

7. Follow all departmental guidelines and procedures regarding approval and payment or reimbursement for travel, conference attendance, certifications, memberships, etc. without preferential treatment to family member.

8. Disclose to his supervisor any and all changes that may affect this Plan and update his university disclosure online within 30 days of any material change in relationships or financial interests.

## C. Research-Specific Safeguards

**When conducting research with family member, Employee Michael Watkins agrees to:**

1. Disclose in writing the relationship to Jody Graham to the University at the proposal stage;

2. Include a written statement in the proposal disclosing the relationship to Jody Graham and how the conflict of interest is managed;

3. Obtain written approval from the Assistant Dean for Research for family member's inclusion on the project as an Investigator (based on her relevant qualifications, knowledge, skills, and abilities for the sponsored project) when Michael Watkins is the Principal Investigator on the project;

4. Upon receipt of a new award, disclose in writing to the sponsor the relationship to Jody Graham and how the conflict of interest is managed;

5. Forward any transactions requiring approval for payments to Jody Graham to the Assistant Dean for Research. This includes, but is not limited to, salary, time and effort certifications, travel, or other sponsor related expenditures on funded research;

6. Notify all co-investigators of the relationship to Jody Graham;

7. Disclose in writing the relationship to Jody Graham to all Auburn students, post-doctoral fellows, and primary research staff who he/she supervises on the project, and inform these individuals that any concerns by them about conflicts of interest may be brought to the Assistant Dean for Research or the Office of Research Compliance;

8. Submit an annual progress report to the sponsor for review of the project or otherwise comply with sponsor requirements, and obtain peer review of the research from experts in the field in the publication process to ensure the research is objective and nonbiased;

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000646

9. Report the conflict and provide a copy of the COI management plan to the University's Institutional Review Board (IRB), if applicable;

10. Follow any requirements or limitations, in addition to the above, placed on his/her research by the IRB, if applicable (e.g., disclosing the relationship in the IRB-approved consent or notifying potential third-party sponsor of the COI stipulated by the IRB).

### D. Oversight Plan:
**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising, advising, compensating, promoting, disciplinary process or evaluation process of any immediate family members or close friends.

2. Review departmental faculty committee decisions to ensure equitable opportunity and placement of faculty on committees (or assign to Associate Dean for Academic Affairs).

3. Review department course assignments and schedules to ensure equitable opportunity and placement in teaching courses, including any summer appointments (or assign to Associate Dean for Academic Affairs).

4. Review payments or reimbursement for travel, conference attendance, certifications, memberships, etc. to ensure family member is not receiving any extra benefit.

5. Ensure that when Michael Watkins serves on a committee with Jody Graham that at least two other non-conflicted members serve on the committee, and one of those being from outside the department.

6. When Michael Watkins is the Principal Investigator on a sponsored project, ensure that the sponsoring agency or the Associate Dean for Research approves Jody Graham's inclusion on the project based on her qualifications, knowledge, skills, and abilities for the project.

7. Review transactions for payments to Jody Graham on sponsored projects where Michael Watkins is the PI, including, but not limited to, salary, time and effort certifications, travel, or other related expenditures on funded research (or assign to Associate Dean for Research).

8. Ensure that the relationship to Jody Graham is disclosed to the sponsor, the co-investigators, and the IRB (if applicable) (or assign to Associate Dean for Research).

9. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000647

**Michael Watkins** acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask **Michael Watkins** not to pursue the conflicting activities while an employee of AU. **Michael Watkins** further acknowledges his personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, I, **Michael Watkins**, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Michael Watkins*
Michael Watkins (Aug 30, 2021 09:44 CDT)                                   Aug 30, 2021

**Michael Watkins**                                                                          Date
Professor and Department Chair, Philosophy
College of Liberal Arts

Family member has read and acknowledges the safeguards outlined in this Plan.

*Jody Graham*
Jody Graham (Aug 30, 2021 12:12 CDT)                                        Aug 30, 2021

Jody Graham                                                                                        Date
Associate Professor

We approve the above Plan for handling the potential conflict of interest identified by the employee.

*Ana Franco-Watkins*
Ana Franco-Watkins (Aug 30, 2021 15:23 CDT)                             Aug 30, 2021

Ana Franco-Watkins                                                                            Date
Interim Dean, College of Liberal Arts

*Bill Hardgrave*
Bill Hardgrave (Aug 30, 2021 15:50 CDT)                                       Aug 30, 2021

Bill Hardgrave, Ph.D.                                                                         Date
Provost

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000648


Kristin Roberts (Aug 30, 2021 17:37 CDT)

_____          Aug 30, 2021
Kristin Roberts, Compliance Manager                      _____
Office of Audit, Compliance & Privacy                    Date

*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

Rev. 8/16/2021                         Page **5** of **5**

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000649

# COI Management Plan Michael Watkins August 2021 TP MW reviewed

Final Audit Report                                                              2021-08-30

| | |
|---|---|
| Created: | 2021-08-27 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAM7BKrOnRXZR8U6M2EMCxzBy5a0Za915m |

## "COI Management Plan Michael Watkins August 2021 TP MW reviewed" History

- 📄 Document created by Kristin Roberts (kar0032@auburn.edu)
  2021-08-27 - 7:34:15 PM GMT

- ✉️ Document emailed to Michael Watkins (watkigm@auburn.edu) for signature
  2021-08-27 - 7:35:52 PM GMT

- 📄 Email viewed by Michael Watkins (watkigm@auburn.edu)
  2021-08-27 - 7:45:32 PM GMT

- ✍️ Document e-signed by Michael Watkins (watkigm@auburn.edu)
  Signature Date: 2021-08-30 - 2:44:07 PM GMT - Time Source: server

- ✉️ Document emailed to Jody Graham (grahaj2@auburn.edu) for signature
  2021-08-30 - 2:44:09 PM GMT

- 📄 Email viewed by Jody Graham (grahaj2@auburn.edu)
  2021-08-30 - 4:16:25 PM GMT- IP address: 75.143.93.27

- ✍️ Document e-signed by Jody Graham (grahaj2@auburn.edu)
  Signature Date: 2021-08-30 - 5:12:16 PM GMT - Time Source: server

- ✉️ Document emailed to Ana Franco-Watkins (afrancowatkins@auburn.edu) for signature
  2021-08-30 - 5:12:18 PM GMT

- 📄 Email viewed by Ana Franco-Watkins (afrancowatkins@auburn.edu)
  2021-08-30 - 7:00:51 PM GMT- IP address: 174.199.162.137

- ✍️ Document e-signed by Ana Franco-Watkins (afrancowatkins@auburn.edu)
  Signature Date: 2021-08-30 - 8:23:09 PM GMT - Time Source: server



POWERED BY Adobe Sign

- Document emailed to Bill Hardgrave (bch0014@auburn.edu) for signature
  2021-08-30 - 8:23:11 PM GMT

- Email viewed by Bill Hardgrave (bch0014@auburn.edu)
  2021-08-30 - 8:49:58 PM GMT

- Document e-signed by Bill Hardgrave (bch0014@auburn.edu)
  Signature Date: 2021-08-30 - 8:50:55 PM GMT - Time Source: server

- Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
  2021-08-30 - 8:50:56 PM GMT

- Email viewed by Kristin Roberts (kar0032@auburn.edu)
  2021-08-30 - 10:37:07 PM GMT- IP address: 24.96.103.14

- Document e-signed by Kristin Roberts (kar0032@auburn.edu)
  Signature Date: 2021-08-30 - 10:37:40 PM GMT - Time Source: server- IP address: 24.96.103.14

- Agreement completed.
  2021-08-30 - 10:37:40 PM GMT


POWERED BY Adobe Sign