

**PLAINTIFF'S EXHIBIT 8**

# Conflict of Interest/Commitment (COI/C)
# Management Plan – Related Faculty

  

| | |
|---|---|
| **Employee's Name**: Paul Walz, Department Head, Pathobiology | **College/School/Department/Office**: College of Veterinary Medicine |
| **Date**: October 28, 2022 | **Oversight Manager/Supervisor**: Calvin Johnson |
| **Outside Entity/Entities and/or Relationship(s):** Family member, Heather Walz, spouse | **Plan Reviewer**: Kristin Roberts |

## A. Description

Employee Paul Walz is the Department Head for Pathobiology. His spouse, Heather Walz, is a Professor in the Department of Pathobiology. Therefore, Dr. Paul Walz is within the chain of command of Dr. Heather Walz, which creates an actual or perceived conflict of interest. The purpose of this management plan is to remove Dr. Paul Walz from the chain of command and to ensure that the potential for personal gain does not jeopardize or appear to jeopardize administrative decisions regarding Family Member. If Dr. Paul and Dr. Heather intend to pursue research together, further communication with the Research Compliance Office is necessary to amend this management plan to adequately manage the actual or perceived conflict of interest in research and related activities.

## B. Safeguards

**Paul Walz agrees to:**

1. Disclose the relationship of family member to the Oversight Manager/Supervisor and to the university, and if applicable, to the research sponsor at the proposal stage.

2. Have no input into or authority over hiring, supervising (including directing the day-to-day activities), advising, or evaluating the performance of family member.

    a. Healther Walz' supervisor will be Dean Calvin Johnson.

    b. Paul Walz must recuse himself from any discussions, votes, or decisions regarding the promotion and tenure of Heather Walz.

3. Not be involved in the disciplinary action process or the performance management process of family member. Any issues should be brought to the attention of Dean Calvin Johnson.

4. Refrain from making any changes in the employment status or compensation of any immediate family member.

5. Make faculty committee and departmental decisions according to department and faculty needs in consultation with the faculty involved without preferential treatment to family member.

**Research-Specific Safeguards:**

6. Include a written statement in relevant proposals disclosing their spousal relationship and how the conflict of interest is managed.

7. Upon receipt of a new award, disclose in writing to the sponsor their spousal relationship and how the conflict of interest is managed.

8. Forward any transactions requiring approval of payments to family member to the Oversight Manager for approval.

9. Disclose in writing their relationship to all AU students, post-doctoral fellows, and primary research staff whom they supervise, and inform these individuals that any concerns by them about conflicts of interest may be brought to the Oversight Manager or the Office of Research Compliance.

10. Disclose to the University all potentially patentable inventions conceived or first reduced to practice in whole or in part in the course of his/her University responsibilities or with more than incidental use of University resources. Further agrees to assign and does hereby assign to the University all his/her right, title and interest in such potentially patentable inventions and to execute and deliver all documents and do any and all things necessary and proper on his/her part to affect such assignment.

11. Not restrict or delay general access to information from AU research; not alter the scope or direction of his/her AU research or the University research of others; and/or not alter the performance of his/her obligations to the University in order to materially benefit the family member.

12. Abide by University rules and expectations for commitment of time, per the expectations laid out in the Conflicts of Interests Policy and in the Faculty Handbook.

13. Update their COI Disclosure within 30 days of any changes to relevant family relationship(s) or new interests and agree to abide by any amendments that may need to be made to the terms of this plan to accommodate the changes in relationship or new interests.

14. The primacy of Auburn University responsibilities and that such work must take precedence over the interests of the family relationship; to the Oversight Manager's review of their programs to ensure that responsibilities to Auburn University are met and

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000653

that funds expended, work done, and results achieved are compliant with relevant contracts, sponsor requirements, and University policies and procedures.

15. Disclose any professional activities or research collaborations with foreign entities as required by the University conflict of interest disclosure.

16. Disclose to his/her supervisor any and all changes that may affect this Plan and update his/her university disclosure online within 30 days of any material change in relationships.

## C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising (including directing the day-to-day activities), advising, compensating, promoting, disciplinary process, or evaluation process of family member.

2. Review Paul Walz's qualifications, knowledge, skills, and abilities to affirm that his inclusion as sponsored project personnel where Heather Walz is the Principal Investigator is appropriate.

3. Review Heather Walz's qualifications, knowledge, skills, and abilities to affirm that her inclusion as sponsored project personnel where Paul Walz is the Principal Investigator is appropriate.

4. Exercise reasonable oversight in compliance with this management plan and all relevant University policies to verify that Dr. Paul Walz and Dr. Heather Walz follow and comply with the terms stipulated in this plan.

5. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

Paul Walz and Heather Walz acknowledge that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask Paul Walz and/or Heather Walz not to pursue the conflicting activities while an employee of AU. Paul Walz and Heather Walz further acknowledge their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**
By signing below, I, Paul Walz, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.


SIGNATURES ON FOLLOWING PAGE

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000654

*Paul H. Walz*
_____    Nov 14, 2022
Paul Walz                                        Date
Department Head, Pathobiology

By signing below, I, Heather Walz, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Heather Walz*
Heather Walz (Nov 15, 2022 05:09 CST)
_____    Nov 15, 2022
Heather Walz                                     Date
Professor
Pathobiology, College of Veterinary Medicine

We approve the above Plan for handling the conflict of interest identified by the Employee.

*Calvin M. Johnson*
Calvin M. Johnson (Nov 15, 2022 05:16 CST)
_____    Nov 15, 2022
Calvin Johnson                                   Date
Dean, College of Veterinary Medicine
Auburn University

*Vini Nathan*
_____    Nov 15, 2022
Vini Nathan                                      Date
Associate Provost
Auburn University

*Kristin Roberts*
Kristin Roberts (Nov 15, 2022 08:48 CST)
_____    Nov 15, 2022
Kristin Roberts, Compliance Manager              Date
Office of Audit, Compliance & Privacy
Auburn University

*Linda Maxwell-Evans*
Linda Maxwell-Evans (Nov 15, 2022 09:21 CST)
_____    Nov 15, 2022
Linda Maxwell Evans                              Date
Director of Human Resources & Compliance
Auburn University

*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

Page **4** of 4

Rev. October 12, 2022

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000655

# COI Management Plan Paul Walz 10.28.22

Final Audit Report                                              2022-11-15

| | |
|---|---|
| Created: | 2022-11-14 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjrSKrxnvf19luPZ5UNAnB38Ao8GiMQ2N |

## "COI Management Plan Paul Walz 10.28.22" History

- Document created by Kristin Roberts (kar0032@auburn.edu)
  2022-11-14 - 3:42:51 PM GMT

- Document emailed to Paul Walz (walzpau@auburn.edu) for signature
  2022-11-14 - 3:44:35 PM GMT

- Email viewed by Paul Walz (walzpau@auburn.edu)
  2022-11-14 - 4:29:49 PM GMT

- Document e-signed by Paul Walz (walzpau@auburn.edu)
  Signature Date: 2022-11-14 - 4:30:44 PM GMT - Time Source: server

- Document emailed to walzhea@auburn.edu for signature
  2022-11-14 - 4:30:46 PM GMT

- Email viewed by walzhea@auburn.edu
  2022-11-14 - 4:31:35 PM GMT

- Signer walzhea@auburn.edu entered name at signing as Heather Walz
  2022-11-15 - 11:09:52 AM GMT

- Document e-signed by Heather Walz (walzhea@auburn.edu)
  Signature Date: 2022-11-15 - 11:09:54 AM GMT - Time Source: server

- Document emailed to johncal@auburn.edu for signature
  2022-11-15 - 11:09:55 AM GMT

- Email viewed by johncal@auburn.edu
  2022-11-15 - 11:11:41 AM GMT

- Signer johncal@auburn.edu entered name at signing as Calvin M. Johnson
  2022-11-15 - 11:16:55 AM GMT



Powered by Adobe Acrobat Sign

JESSICA ROSA V. AUBURN UNIVERSITY
AUM RFP 000656

Document e-signed by Calvin M. Johnson (johncal@auburn.edu)
Signature Date: 2022-11-15 - 11:16:57 AM GMT - Time Source: server

Document emailed to Vini Nathan (vzn0007@auburn.edu) for signature
2022-11-15 - 11:16:58 AM GMT

Email viewed by Vini Nathan (vzn0007@auburn.edu)
2022-11-15 - 1:52:04 PM GMT

Document e-signed by Vini Nathan (vzn0007@auburn.edu)
Signature Date: 2022-11-15 - 1:52:22 PM GMT - Time Source: server

Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2022-11-15 - 1:52:24 PM GMT

Email viewed by Kristin Roberts (kar0032@auburn.edu)
2022-11-15 - 2:48:36 PM GMT

Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2022-11-15 - 2:48:46 PM GMT - Time Source: server

Document emailed to lzm0020@auburn.edu for signature
2022-11-15 - 2:48:47 PM GMT

Email viewed by lzm0020@auburn.edu
2022-11-15 - 3:20:23 PM GMT

Signer lzm0020@auburn.edu entered name at signing as Linda Maxwell-Evans
2022-11-15 - 3:21:45 PM GMT

Document e-signed by Linda Maxwell-Evans (lzm0020@auburn.edu)
Signature Date: 2022-11-15 - 3:21:47 PM GMT - Time Source: server

Agreement completed.
2022-11-15 - 3:21:47 PM GMT


Powered by Adobe Acrobat Sign