PLAINTIFF'S EXHIBIT

9
_____

# Conflict of Interest/Commitment (COI/C)

# Management Plan

   ALABAMA AGRICULTURAL EXPERIMENT STATION

| Employee's Name: Michael Wesson, Ph.D., Professor and Department Chair (Management) | College/School/Department/Office: Department of Management, Harbert College of Business |
|---|---|
| Date: February 24, 2020 | Oversight Manager/Supervisor: Annette Ranft, Dean, Harbert College of Business |
| Outside Entity/Entities and/or Relationship(s): McGraw-Hill Education / Liesl Wesson; wife | Plan Reviewer: Kristin Roberts, Compliance Manager |

## A. Description

Employee's conflict of interest disclosure has been reviewed and determined that an actual conflict does not exist. In the interest of transparency and to prevent any perceived conflict, this management plan has been implemented in order to protect the employee. A conflict of interest, real or perceived, is not an accusation and does not imply that an employee's judgment has been compromised, or that an employee has violated any applicable laws or rules of ethical conduct. The purpose of this document is to address the management of any such real or perceived conflicts of interest associated with an employee's responsibilities to the University and their responsibilities to the Outside Entity.

Dr. Wesson is the Department of Management Chair and the co-author of a widely-used textbook, "Organizational Behavior: Improving Performance and Commitment in the Workplace," through McGraw-Hill Education. He receives royalties from McGraw-Hill from the sale of the textbook. Faculty teaching at Auburn may choose this textbook to assign to their students. Dr. Wesson has no control or influence over textbook choice of faculty, nor does he solicit the selection of this textbook in any way. Some faculty currently use this textbook and have used it prior to his arrival at Auburn in August 2019.

Additionally, Dr. Wesson's wife, Liesl Wesson, will be a lecturer for the Department of Management starting in Fall 2020. Liesl Wesson has been a lecturer for the past 17 years in Mays Business School at Texas A&M University. She will not report to Dr. Wesson and he will not supervise her. Her immediate supervisor will be Dr. Joe Hanna, Associate Dean for Research and Outreach.

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000680

## B. Safeguards

**Employee agrees to:**

1. Disclose the connection to McGraw-Hill to his Supervisor/Oversight Manager and the university.

2. Disclose the connection to McGraw-Hill to those involved in making decisions to select or purchase his textbook when it could have the appearance that he could improperly influence such decisions.

3. Refrain from hiring, supervising, advising or evaluating the performance of any immediate family members or close friends.

4. Disclose to his supervisor any and all changes that may affect this Plan and update his university disclosure online within 30 days of any material change in relationships or financial interests.

## C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee's interest in McGraw Hill in the form of royalties does not unduly influence his department personnel's textbook selection.

2. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising, advising, or evaluation process of any immediate family members or close friends.

3. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

**Michael Wesson, Ph.D.** acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask **Michael Wesson, Ph.D** not to pursue the conflicting activities while an employee of AU. **Michael Wesson, Ph.D** further acknowledges his personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000681

**Acknowledgement and Agreement**

By signing below, I, **Michael Wesson, Ph.D**, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

_____          Mar 3, 2020

Michael Wesson, Ph.D                                                          Date
Professor and Department Chair, Management
Harbert College of Business


We approve the above Plan for handling the potential conflict of interest identified by the employee.

*Annette L. Ranft*
Annette L. Ranft (Mar 3, 2020)
_____          Mar 3, 2020

Annette Ranft, Ph.D.                                                           Date
Dean, Harbert College of Business


*Bill Hardgrave*
Bill Hardgrave (Mar 3, 2020)
_____          Mar 3, 2020

Bill Hardgrave, Ph.D.                                                          Date
Provost


Kristin Roberts (Mar 3, 2020)
_____          Mar 3, 2020

Kristin Roberts, Compliance Manager                                  Date
Office of Audit, Compliance & Privacy


*Please send proposed plan to* [coi@auburn.edu](mailto:coi@auburn.edu) *for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to* [coi@auburn.edu](mailto:coi@auburn.edu) *and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

# COI Management Plan M.Wesson 2.24.20

**Final Audit Report**                                                                 2020-03-03

| | |
|---|---|
| Created: | 2020-03-03 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA219On-pb83XaDIHUIN1G9CiaVu1Fp2Zz |

## "COI Management Plan M.Wesson 2.24.20" History

Document created by Kristin Roberts (kar0032@auburn.edu)
2020-03-03 - 7:24:42 PM GMT- IP address: 131.204.99.15

Document emailed to Michael J Wesson (wesson@auburn.edu) for signature
2020-03-03 - 7:26:02 PM GMT

Email viewed by Michael J Wesson (wesson@auburn.edu)
2020-03-03 - 7:26:33 PM GMT- IP address: 131.204.64.64

Document e-signed by Michael J Wesson (wesson@auburn.edu)
Signature Date: 2020-03-03 - 7:35:55 PM GMT - Time Source: server- IP address: 131.204.64.64

Document emailed to Annette L. Ranft (annette.ranft@auburn.edu) for signature
2020-03-03 - 7:35:57 PM GMT

Email viewed by Annette L. Ranft (annette.ranft@auburn.edu)
2020-03-03 - 7:40:43 PM GMT- IP address: 131.204.64.7

Document e-signed by Annette L. Ranft (annette.ranft@auburn.edu)
Signature Date: 2020-03-03 - 7:41:42 PM GMT - Time Source: server- IP address: 131.204.64.7

Document emailed to Bill Hardgrave (bch0014@auburn.edu) for signature
2020-03-03 - 7:41:44 PM GMT

Email viewed by Bill Hardgrave (bch0014@auburn.edu)
2020-03-03 - 9:53:43 PM GMT- IP address: 131.204.254.84

Document e-signed by Bill Hardgrave (bch0014@auburn.edu)
Signature Date: 2020-03-03 - 9:55:43 PM GMT - Time Source: server- IP address: 131.204.254.84

Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2020-03-03 - 9:55:45 PM GMT


POWERED BY
Adobe Sign

Email viewed by Kristin Roberts (kar0032@auburn.edu)

2020-03-03 - 10:01:35 PM GMT- IP address: 131.204.99.15

Document e-signed by Kristin Roberts (kar0032@auburn.edu)

Signature Date: 2020-03-03 - 10:01:55 PM GMT - Time Source: server- IP address: 131.204.99.15

Signed document emailed to Michael J Wesson (wesson@auburn.edu), Kristin Roberts (kar0032@auburn.edu), Annette L. Ranft (annette.ranft@auburn.edu), and Bill Hardgrave (bch0014@auburn.edu)

2020-03-03 - 10:01:55 PM GMT



POWERED BY
Adobe Sign