PLAINTIFF'S EXHIBIT 10

# Conflict of Interest/Commitment (COI/C)
# Management Plan – Related Faculty

  

| | |
|---|---|
| **Employee's Name**: Christine Harrington, Associate Dean, AUM College of Business | **College/School/Department/Office**: AUM College of Business |
| **Date**: August 26, 2022 | **Oversight Manager/Supervisor**: Ross Dickens, Dean |
| **Outside Entity/Entities and/or Relationship(s)**: Family member, Walter Smith, spouse | **Plan Reviewer**: Kristin Roberts |

## A. Description

Employee Christine Harrington is the Associate Dean of the AUM College of Business. Her spouse, Walter Smith, is an Associate Professor in the College in the School of Accountancy. Dr. Harrington and Dr. Smith propose and publish academic research papers together which creates an actual or perceived conflict of interest. The purpose of this management plan is to ensure that the potential for personal gain does not jeopardize or appear to jeopardize the integrity of research and related activities conducted collaboratively by Christine Harrington and Walter Smith where either is responsible for the design, conduct, or reporting of research.

## B. Safeguards

### Christine Harrington and Walter Smith agree to:

1. Disclose the relationship of family member to the Oversight Manager/Supervisor and to the university at the proposal stage.

2. Refrain from hiring, supervising (including directing the day-to-day activities), advising, or evaluating the performance of family member.

3. Refrain from making any changes in the employment status or compensation of any immediate family member.

4. Include a written statement in relevant proposals disclosing their spousal relationship and how the conflict of interest is managed.

5. Upon receipt of a new award, disclose in writing to the sponsor their spousal relationship and how the conflict of interest is managed.

6. Forward any transactions requiring approval for payments to their spouse to the Oversight Manager for approval.

7. Notify all relevant co-investigators of their relationship.

8. Disclose in writing their relationship to all AUM students, post-doctoral fellows, and primary research staff whom they supervise, and inform these individuals that any concerns by them about conflicts of interest may be brought to the Oversight Manager or the Office of Research Compliance.

9. Work with the Oversight Manager to designate an independent, non-conflicted reviewer of raw data, data analysis and resulting manuscripts. This independent reviewer may be another co-investigator who is already part of the project and does not have conflicts with either Dr. Harrington, Dr. Smith, or any other involved individuals; or the reviewer may be an external independent scientist who is technically qualified in the subject matter of interest. Independent review may also be accomplished in the peer review process prior to publication.

10. Report the conflict and provide a copy of the COI management plan to the University's Institutional Review Board (IRB) if applicable.

11. If applicable, follow any requirements or limitations placed on their research by the IRB (e.g., disclosing their relationship in the IRB-approved consent or notifying potential third party sponsors of the COI could be stipulated by the IRB).

12. Disclose to the University all potentially patentable inventions conceived or first reduced to practice in whole or in part in the course of his/her University responsibilities or with more than incidental use of University resources. Further agrees to assign and does hereby assign to the University all his/her right, title and interest in such potentially patentable inventions and to execute and deliver all documents and do any and all things necessary and proper on his/her part to effect such assignment.

13. Not restrict or delay general access to information from AUM research; not alter the scope or direction of his/her AUM research or the University research of others; and/or not alter the performance of his/her obligations to the University in order to materially benefit the family member.

14. Abide by University rules and expectations for commitment of time, per the expectations laid out in the Conflicts of Interests Policy and in the Faculty Handbook.

15. Update their COI Disclosure within 30 days of any changes to relevant family relationship(s) or new interests and agree to abide by any amendments that may need to be made to the terms of this plan to accommodate the changes in relationship or new interests.

16. The primacy of Auburn University Montgomery responsibilities and that such work must take precedence over the interests of the family relationship; to the Oversight Manager's review of their programs to ensure that responsibilities to Auburn University

JESSICA ROSA V. AUBURN UNIVERSITY
AUM RFP 000618

    Montgomery are met and that funds expended, work done, and results achieved are compliant with relevant contracts, sponsor requirements, and University policies and procedures.

17. Disclose any professional activities or research collaborations with foreign entities as required by the University conflict of interest disclosure.

18. Disclose to his/her supervisor any and all changes that may affect this Plan and update his/her university disclosure online within 30 days of any material change in relationships.

## C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising (including directing the day-to-day activities), advising, compensating, promoting, disciplinary process or evaluation process of family member.

2. Review Christine Harrington's qualifications, knowledge, skills, and abilities to affirm that her inclusion as sponsored project personnel where Walter Smith is the Principal Investigator is appropriate.

3. Review Walter Smith's qualifications, knowledge, skills, and abilities to affirm that his inclusion as sponsored project personnel where Christine Harrington is the Principal Investigator is appropriate.

4. Exercise reasonable oversight to ensure that reimbursement/compensation to Walter Smith on any projects where Dr. Harrington is the Principal Investigator is appropriate. This includes, but is not limited to, salary, time and effort certifications, travel, or other sponsor related expenditures on funded research.

5. Exercise reasonable oversight to ensure that reimbursement/compensation to Christine Harrington on any projects where Dr. Smith is the Principal Investigator is appropriate. This includes, but is not limited to, salary, time and effort certifications, travel, or other sponsor related expenditures on funded research

6. Exercise reasonable oversight in compliance with this management plan and all relevant University polices to verify that Dr. Harrington and Dr. Smith follow and comply with the terms stipulated in this plan.

7. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

Christine Harrington and Walter Smith acknowledge that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000619

capable of management and may ask Christine Harrington and/or Walter Smith not to pursue the conflicting activities while an employee of AU. Christine Harrington and Walter Smith further acknowledge their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, I, Christine Harrington, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Christine Harrington*                      Nov 18, 2022
Christine Harrington (Nov 18, 2022 16:28 CST)

Christine Harrington                                    Date
Assistant Dean, AUM College of Business

By signing below, I, Walter Smith, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Walter Smith*                               Nov 18, 2022
Walter Smith (Nov 18, 2022 17:01 CST)

Walter Smith                                            Date
Associate Professor
AUM College of Business

We approve the above Plan for handling the conflict of interest identified by the Employee.

*Ross N. Dickens*                      Nov 21, 2022
Ross N. Dickens (Nov 21, 2022 08:55 CST)

Ross Dickens                                           Date
Dean, AUM College of Business
Auburn University at Montgomery

*Matthew Ragland*                  Nov 29, 2022
Matthew Ragland (Nov 29, 2022 09:34 CST)

Matthew Ragland                               Date
Associate Provost
Auburn University at Montgomery

*Kristin Roberts*                        Nov 29, 2022
Kristin Roberts (Nov 29, 2022 12:14 CST)

Kristin Roberts, Compliance Manager       Date
Office of Audit, Compliance & Privacy
Auburn University

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000620


Leslie Meadows (Dec 2, 2022 14:37 CST)

Leslie Meadows
Director of Human Resources & Compliance
Auburn University at Montgomery

Dec 2, 2022
Date

*Please send proposed plan to coi@auburn.edu for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to coi@auburn.edu and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000621

# COI Management Plan Harrington related family AUM 8.26.22

Final Audit Report                                                                                          2022-12-02

| | |
|---|---|
| Created: | 2022-11-18 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAfmMDKQaEZvfHkG7DiRBOrjY1w2ELp3u6 |

## "COI Management Plan Harrington related family AUM 8.26.22" History

- Document created by Kristin Roberts (kar0032@auburn.edu)
  2022-11-18 - 10:05:32 PM GMT

- Document emailed to charrin1@aum.edu for signature
  2022-11-18 - 10:07:28 PM GMT

- Email viewed by charrin1@aum.edu
  2022-11-18 - 10:26:30 PM GMT

- Signer charrin1@aum.edu entered name at signing as Christine Harrington
  2022-11-18 - 10:28:12 PM GMT

- Document e-signed by Christine Harrington (charrin1@aum.edu)
  Signature Date: 2022-11-18 - 10:28:14 PM GMT - Time Source: server

- Document emailed to wsmith35@aum.edu for signature
  2022-11-18 - 10:28:16 PM GMT

- Email viewed by wsmith35@aum.edu
  2022-11-18 - 10:57:19 PM GMT

- Signer wsmith35@aum.edu entered name at signing as Walter Smith
  2022-11-18 - 11:01:03 PM GMT

- Document e-signed by Walter Smith (wsmith35@aum.edu)
  Signature Date: 2022-11-18 - 11:01:05 PM GMT - Time Source: server

- Document emailed to rdickens@aum.edu for signature
  2022-11-18 - 11:01:07 PM GMT


Powered by Adobe Acrobat Sign

JESSICA ROSA V. AUBURN UNIVERSITY
AUM RFP 000622

Email viewed by rdickens@aum.edu
2022-11-21 - 2:53:06 PM GMT

Signer rdickens@aum.edu entered name at signing as Ross N. Dickens
2022-11-21 - 2:55:05 PM GMT

Document e-signed by Ross N. Dickens (rdickens@aum.edu)
Signature Date: 2022-11-21 - 2:55:07 PM GMT - Time Source: server

Document emailed to mragland@aum.edu for signature
2022-11-21 - 2:55:09 PM GMT

Email viewed by mragland@aum.edu
2022-11-29 - 0:48:21 AM GMT

Signer mragland@aum.edu entered name at signing as Matthew Ragland
2022-11-29 - 3:34:04 PM GMT

Document e-signed by Matthew Ragland (mragland@aum.edu)
Signature Date: 2022-11-29 - 3:34:06 PM GMT - Time Source: server

Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2022-11-29 - 3:34:09 PM GMT

Email viewed by Kristin Roberts (kar0032@auburn.edu)
2022-11-29 - 6:13:54 PM GMT

Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2022-11-29 - 6:14:03 PM GMT - Time Source: server

Document emailed to Leslie Meadows (lmeadows@aum.edu) for signature
2022-11-29 - 6:14:04 PM GMT

Email viewed by Leslie Meadows (lmeadows@aum.edu)
2022-11-29 - 6:36:26 PM GMT

Email viewed by Leslie Meadows (lmeadows@aum.edu)
2022-12-02 - 6:45:09 PM GMT

Document e-signed by Leslie Meadows (lmeadows@aum.edu)
Signature Date: 2022-12-02 - 8:37:39 PM GMT - Time Source: server

Agreement completed.
2022-12-02 - 8:37:39 PM GMT


Powered by Adobe Acrobat Sign

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000623