PLAINTIFF'S EXHIBIT

11

## Conflict of Interest/Commitment (COI/C)
## Management Plan – Staff/Admin

   ALABAMA AGRICULTURAL EXPERIMENT STATION

| | |
|---|---|
| **Employee's Name**: Laure Butcher | **College/School/Department/Office**: Campus Recreation |
| **Date**: 11/05/2020 | **Oversight Manager/Supervisor**: Mark Henley |
| **Outside Entity/Entities and/or Relationship(s)**: Family member | **Plan Reviewer**: Kristin Roberts |

### A. Description

Laure Butcher is the Assistant Director of Personal training. Blake Butcher is an employee in the same department, Coordinator of Personal Training. The purpose of this management plan is to eliminate Laure Butcher from the chain of command of the related individual to eliminate any conflict of interest.

### B. Safeguards

Employee agrees to:

1. Disclose the connection of family member to Mark Henley.

2. Have no input into the hiring, supervision (including directing the day-to-day activities), compensation, duties, and evaluation of Blake Butcher.

3. Not be involved in the disciplinary action process or the performance management process of Blake Butcher.

4. Disclose to his/her supervisor any and all changes that may affect this Plan and update the university disclosure online within 30 days of any material change in relationships.

### C. Oversight Plan:

Oversight Manager agrees to:

1. Exercise reasonable oversight to verify that Laure Butcher is not involved in the hiring, supervising (including directing the day-to-day activities), advising, disciplinary process or evaluation process of family member.

2. Review this Management Plan with Laure Butcher at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

Laure Butcher acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask Laure Butcher not to pursue the conflicting activities while an employee of AU. Laure Butcher further acknowledges their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, I, Laure Butcher, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Laure P Butcher*
Laure P Butcher (Dec 1, 2020 15:15 CST)

Dec 1, 2020

Laure Butcher
Assistant Director, Personal Training
Campus Recreation

Date

Blake Butcher has read and acknowledges the safeguards outlined in this plan.

Blake J Butcher (Dec 1, 2020 16:42 CST)

Dec 1, 2020

Blake Butcher
Coordinator, Personal Training
Campus Recreation

Date

We approve the above Plan for handling the conflict of interest identified by the employee.

*Mark Henley*

Dec 2, 2020

Mark Henley
Associate Director, Programs
Campus Recreation

Date

*William Jackson*
William Jackson (Dec 2, 2020 10:13 CST)

Dec 2, 2020

William Jackson
Director, Recreation Programs
Campus Recreation

Date

Rev. Revision Date

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000676


Kristin Roberts (Dec 2, 2020 11:14 CST)

Kristin Roberts, Compliance Manager
Office of Audit, Compliance & Privacy

Dec 2, 2020
Date


Linda Maxwell-Evans (Dec 16, 2020 08:43 CST)

Linda Maxwell-Evans
Executive Director of Campus Relations, Human Resources
Auburn University

Dec 16, 2020
Date

*Please send proposed plan to [coi@auburn.edu](mailto:coi@auburn.edu) for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to [coi@auburn.edu](mailto:coi@auburn.edu) and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

Rev. Revision Date

JESSICA ROSA V. AUBURN UNIVERSITY
AUM  RFP 000677

# COI Management Plan_Butcher 11.11.20

**Final Audit Report** 2020-12-16

| | |
|---|---|
| Created: | 2020-12-01 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAq1tmsMrm0NWqk80kDH8MgMzkLVHJyCs2 |

## "COI Management Plan_Butcher 11.11.20" History

📄 Document created by Kristin Roberts (kar0032@auburn.edu)
  2020-12-01 - 9:01:36 PM GMT- IP address: 97.80.239.105

📨 Document emailed to Laure P Butcher (llp0011@auburn.edu) for signature
  2020-12-01 - 9:05:31 PM GMT

📄 Email viewed by Laure P Butcher (llp0011@auburn.edu)
  2020-12-01 - 9:13:16 PM GMT- IP address: 174.218.136.116

✍️ Document e-signed by Laure P Butcher (llp0011@auburn.edu)
  Signature Date: 2020-12-01 - 9:15:28 PM GMT - Time Source: server- IP address: 174.218.136.116

📨 Document emailed to Blake J Butcher (bjb0035@auburn.edu) for signature
  2020-12-01 - 9:15:30 PM GMT

📄 Email viewed by Blake J Butcher (bjb0035@auburn.edu)
  2020-12-01 - 9:18:11 PM GMT- IP address: 174.218.1.162

✍️ Document e-signed by Blake J Butcher (bjb0035@auburn.edu)
  Signature Date: 2020-12-01 - 10:42:15 PM GMT - Time Source: server- IP address: 75.143.93.174

📨 Document emailed to Mark Henley (meh0042@auburn.edu) for signature
  2020-12-01 - 10:42:17 PM GMT

📄 Email viewed by Mark Henley (meh0042@auburn.edu)
  2020-12-02 - 3:55:20 PM GMT- IP address: 131.204.254.132

✍️ Document e-signed by Mark Henley (meh0042@auburn.edu)
  Signature Date: 2020-12-02 - 3:55:32 PM GMT - Time Source: server- IP address: 131.204.254.132

📨 Document emailed to William Jackson (jackswi@auburn.edu) for signature
  2020-12-02 - 3:55:34 PM GMT


POWERED BY
Adobe Sign

Email viewed by William Jackson (jackswi@auburn.edu)
2020-12-02 - 4:12:35 PM GMT- IP address: 24.196.25.235

Document e-signed by William Jackson (jackswi@auburn.edu)
Signature Date: 2020-12-02 - 4:13:04 PM GMT - Time Source: server- IP address: 24.196.25.235

Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2020-12-02 - 4:13:06 PM GMT

Email viewed by Kristin Roberts (kar0032@auburn.edu)
2020-12-02 - 5:14:02 PM GMT- IP address: 97.80.239.105

Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2020-12-02 - 5:14:10 PM GMT - Time Source: server- IP address: 97.80.239.105

Document emailed to Linda Maxwell-Evans (lzm0020@auburn.edu) for signature
2020-12-02 - 5:14:11 PM GMT

Email viewed by Linda Maxwell-Evans (lzm0020@auburn.edu)
2020-12-16 - 2:40:09 PM GMT- IP address: 131.204.254.104

Document e-signed by Linda Maxwell-Evans (lzm0020@auburn.edu)
Signature Date: 2020-12-16 - 2:43:13 PM GMT - Time Source: server- IP address: 131.204.254.104

Agreement completed.
2020-12-16 - 2:43:13 PM GMT


POWERED BY
Adobe Sign