

# Conflict of Interest/Commitment (COI/C)
# Management Plan – Related Staff/Admin

  

| | |
|---|---|
| **Employee's Name**: Laura Wildman, Director | **College/School/Department/Office**: AUM Early Learning Center |
| **Date**: Jan. 6, 2021 | **Oversight Manager/Supervisor**: Sheila Austin, Dean, AUM College of Education |
| **Outside Entity/Entities and/or Relationship(s)**: Family member, Carol Rauccio, Aunt | **Plan Reviewer**: |

## A. Description

Employee Laura Wildman is the Director of the AUM Early Learning Center. Her Aunt, Carol Rauccio, is the Curriculum Coordinator and Lead Teacher in the Center. Because Dr. Wildman is within the chain of command of a family member this creates a conflict of interest. The purpose of this management plan is to create transparency and to remove Employee from the chain of command of the related individual to eliminate any conflict of interest. Dr. Sheila Austin is Carol's supervisor and oversees her day-to-day activities.

## B. Safeguards

**Employee agrees to:**

1. Disclose the connection of family member to her Oversight Manager/Supervisor and in the university conflict of interest disclosure.

2. Have no input into the hiring, supervision (including directing the day-to-day activities), compensation, duties, and evaluation of family member.

3. Not be involved in the disciplinary action process or the performance management process of family member.

4. Refrain from making any changes in the employment status or compensation of any immediate family member.

5. Disclose to her supervisor any and all changes that may affect this Plan and update her university disclosure online within 30 days of any material change in relationships.

### C. Oversight Plan:

**Oversight Manager agrees to:**

1. Exercise reasonable oversight to verify that Employee is not involved in the hiring, supervising (including directing the day-to-day activities), advising, compensating, promoting, disciplinary process or evaluation process of family member.

2. Review this Management Plan with Employee at least on an annual basis to determine progress and what, if any, changes may need to be made to this plan.

Laura Wildman acknowledges that the university will monitor and evaluate this plan as well as policies related to it, and, at any time should Auburn University (AU) determine, in its sole discretion, that the plan is not sufficient to guard actual or apparent conflicts of interest or is otherwise not in the interest of AU, may determine the conflicts as not capable of management and may ask Laura Wildman not to pursue the conflicting activities while an employee of AU. Laura Wildman further acknowledges their personal duty to ensure their compliance with the Alabama Ethics Law (as applicable) and that this plan is not a substitute for that responsibility.

**Acknowledgement and Agreement**

By signing below, I, Laura Wildman, acknowledge my agreement and intent to comply with the principles and safeguards of this Conflict of Interest/Commitment Management Plan.

*Laura Wildman*
Laura Wildman (Jan 8, 2021 09:46 CST)      Jan 8, 2021

Laura Wildman      Date
AUM Early Learning Center
College of Education

Family member has read and acknowledges the safeguards outlined in this Plan.

*Carol Rauccio*
Carol Rauccio (Jan 8, 2021 10:41 CST)      Jan 8, 2021

Carol Rauccio      Date
Curriculum Coordinator & Lead Teacher
AUM Early Learning Center

We approve the above Plan for handling the conflict of interest identified by the Employee.

*Sheila M. Austin*
Sheila M. Austin (Jan 8, 2021 10:48 CST)      Jan 8, 2021

Sheila Austin      Date
Dean, AUM College of Education

*Mrinal Mugdh*
Mrinal Mugdh (Jan 22, 2021 15:04 CST)
_____

Mrinal Varma
Provost and Senior Vice Chancellor
Auburn University at Montgomery

Jan 22, 2021
_____
Date

*Kristin Roberts*
Kristin Roberts (Jan 23, 2021 08:56 CST)
_____

Kristin Roberts, Compliance Manager
Office of Audit, Compliance & Privacy
Auburn University

Jan 23, 2021
_____
Date

*Leslie Meadows*
Leslie Meadows (Jan 27, 2021 15:34 CST)
_____

Leslie Meadows
Director of Human Resources & Compliance
Auburn University at Montgomery

Jan 27, 2021
_____
Date

*Please send proposed plan to [coi@auburn.edu](mailto:coi@auburn.edu) for review and approval signature. Approved plans will be routed back for signatures via Adobe Sign.*

*All final and signed Conflict of Interest/Commitment Management Plans or Agreements shall be sent to [coi@auburn.edu](mailto:coi@auburn.edu) and maintained by the Auburn University Division of Institutional Compliance & Privacy.*

# COI Management Plan L.Wildman related family AUM 1.6.21

Final Audit Report                                                                 2021-01-27

| | |
|---|---|
| Created: | 2021-01-08 |
| By: | Kristin Roberts (kar0032@auburn.edu) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAN5UbymF0MLgTe4OW7N1ecSfmeqi6N9m1 |

## "COI Management Plan L.Wildman related family AUM 1.6.21" History

- Document created by Kristin Roberts (kar0032@auburn.edu)
  2021-01-08 - 3:39:27 PM GMT- IP address: 97.80.239.105

- Document emailed to Laura Wildman (lwildman@aum.edu) for signature
  2021-01-08 - 3:41:04 PM GMT

- Email viewed by Laura Wildman (lwildman@aum.edu)
  2021-01-08 - 3:45:33 PM GMT- IP address: 207.157.121.40

- Document e-signed by Laura Wildman (lwildman@aum.edu)
  Signature Date: 2021-01-08 - 3:46:28 PM GMT - Time Source: server- IP address: 207.157.121.40

- Document emailed to Carol Rauccio (crauccio@aum.edu) for signature
  2021-01-08 - 3:46:29 PM GMT

- Email viewed by Carol Rauccio (crauccio@aum.edu)
  2021-01-08 - 4:38:55 PM GMT- IP address: 24.236.94.205

- Document e-signed by Carol Rauccio (crauccio@aum.edu)
  Signature Date: 2021-01-08 - 4:41:05 PM GMT - Time Source: server- IP address: 24.236.94.205

- Document emailed to Sheila M. Austin (saustin1@aum.edu) for signature
  2021-01-08 - 4:41:06 PM GMT

- Email viewed by Sheila M. Austin (saustin1@aum.edu)
  2021-01-08 - 4:45:16 PM GMT- IP address: 207.229.101.39

- Document e-signed by Sheila M. Austin (saustin1@aum.edu)
  Signature Date: 2021-01-08 - 4:48:23 PM GMT - Time Source: server- IP address: 207.229.101.39


POWERED BY Adobe Sign

✉ Document emailed to Mrinal Mugdh (varma@aum.edu) for signature
2021-01-08 - 4:48:25 PM GMT

📄 Email viewed by Mrinal Mugdh (varma@aum.edu)
2021-01-08 - 5:16:59 PM GMT- IP address: 107.77.232.209

📄 Email viewed by Mrinal Mugdh (varma@aum.edu)
2021-01-13 - 6:41:36 PM GMT- IP address: 75.137.225.106

📄 Email viewed by Mrinal Mugdh (varma@aum.edu)
2021-01-22 - 6:40:05 PM GMT- IP address: 75.137.225.106

✎ Document e-signed by Mrinal Mugdh (varma@aum.edu)
Signature Date: 2021-01-22 - 9:54:56 PM GMT - Time Source: server- IP address: 75.137.225.106

✉ Document emailed to Kristin Roberts (kar0032@auburn.edu) for signature
2021-01-22 - 9:54:59 PM GMT

📄 Email viewed by Kristin Roberts (kar0032@auburn.edu)
2021-01-23 - 2:55:30 PM GMT- IP address: 107.77.233.39

✎ Document e-signed by Kristin Roberts (kar0032@auburn.edu)
Signature Date: 2021-01-23 - 2:56:05 PM GMT - Time Source: server- IP address: 107.77.233.39

✉ Document emailed to Leslie Meadows (lmeadows@aum.edu) for signature
2021-01-23 - 2:56:08 PM GMT

📄 Email viewed by Leslie Meadows (lmeadows@aum.edu)
2021-01-27 - 9:34:08 PM GMT- IP address: 207.229.101.42

✎ Document e-signed by Leslie Meadows (lmeadows@aum.edu)
Signature Date: 2021-01-27 - 9:34:35 PM GMT - Time Source: server- IP address: 207.229.101.42

✅ Agreement completed.
2021-01-27 - 9:34:35 PM GMT


POWERED BY
Adobe Sign