IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JESSICA ROSA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:24cv13-MHT |
| | ) | |
| AUBURN UNIVERSITY- | ) | |
| MONTGOMERY AND AUBURN | ) | |
| UNIVERSITY, | ) | |
| | ) | |
|     Defendants. | ) | |

**ORDER**

The granting of the parties' multiple motions for extensions of time has left the court with insufficient time to resolve the pending motion for summary judgment (Doc. 21). Accordingly, it is ORDERED that:

(1) The pretrial conference currently set for February 27, 2025, is continued to March 20, 2025, and the trial currently set for April 14, 2025, is continued to the term of court beginning on May 12, 2025, with all deadlines tied to these dates modified accordingly.

**(2)** The uniform scheduling order (Doc. 12) is modified accordingly.

DONE, this the 11th day of February, 2025.

                             /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**