IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE ROSA, | Civil Action No. |
| Plaintiff, | 2:24-cv-00013 |
| v. | JURY TRIAL DEMANDED |
| AUBURN UNIVERSITY-MONTGOMERY & AUBURN UNIVERSITY, | |
| Defendants. | |

## NOTICE OF RELEASE OF ATTORNEY'S LIEN

Barrett & Farahany hereby releases its lien in this matter, subject to the settlement agreement reached between Plaintiff's former and current counsel.

**BARRETT & FARAHANY**

s/ *Constance Cooper*
Constance Cooper
Alabama Bar No. 4276G33S

2921 Piedmont Road
Atlanta, GA 30305
(404) 214-0120
constance@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JESSIE ROSA,<br><br>    Plaintiff,<br><br>v.<br><br>AUBURN UNIVERSITY-MONTGOMERY & AUBURN UNIVERSITY,<br><br>    Defendants. | Civil Action No.<br><br>2:24-cv-00013<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the forgoing *Notice of Release of Attorney's Lien* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record

Respectfully submitted this 18th day of February, 2025.

**BARRETT & FARAHANY**

s/ *Constance Cooper*
Constance Cooper
Alabama Bar No. 4276G33S

2