IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JESSICA ROSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv13-MHT |
| | ) | |
| AUBURN UNIVERSITY-MONTGOMERY AND AUBURN UNIVERSITY, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

It is ORDERED that, by July 2, 2025, plaintiff shall file a brief, with citations to applicable caselaw and rules, addressing the following issues raised by defendants' reply brief:

(1) Whether Tobias Mense's alleged statement to plaintiff that Scott Parsons had told him that plaintiff should not have been athletic director because she was female, gay, and too young is admissible under the Federal Rules of Evidence, and if so, under which rule(s).

    **(2) What evidence in the record, if any, supports plaintiff's argument that Parsons influenced Leslie Meadows and/or the decision-making process more generally with regard to plaintiff's termination, and, if there is such evidence, whether that evidence is sufficient to create a genuine dispute as to any material fact.**

    **DONE, this the 25th day of June, 2025.**

                                                  /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**